United States District Court
Southern District of Texas

**ENTERED**

May 06, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICTORINO LINARES-CASTRO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-035 |
| | § | |
| WARDEN, PORT ISABEL SERVICE | § | |
| PROCESSING CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Respondents seek dismissal of Petitioner Victorino Linares-Castro's Petition for Writ of Habeas Corpus (Doc. 1), arguing that his removal from the United States moots the petition. (Motion, Doc. 13)  To facilitate the Court's consideration of the motion, it is:

**ORDERED** that by no later than May 13, 2026, Petitioner Victorino Linares-Castro shall file a Response to the Motion to Dismiss (Doc. 13), addressing Respondents' position that Petitioner's removal renders the habeas action moot.

If Petitioner does not file a Response by the indicated date, the Court will dismiss the Petition as moot.

Signed on May 6, 2026.

*Fernando Rodriguez, Jr.*

Fernando Rodriguez, Jr.
United States District Judge

1 / 1