United States District Court
Southern District of Texas
**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICTORINO LINARES-CASTRO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-035 |
| | § | |
| WARDEN, PORT ISABEL SERVICE | § | |
| PROCESSING CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Respondents seek dismissal of Petitioner Victorino Linares-Castro's Petition for Writ of Habeas Corpus (Doc. 1), arguing that his removal from the United States moots the Petition. (Motion, Doc. 13)  Counsel for Petitioner "concedes the petition is now moot[.]" (Response, Doc. 15, 1)  The Court finds that good cause supports the requested relief.  Accordingly, it is:

**ORDERED** that Respondents' Motion to Dismiss as Moot for Lack of Subject Matter Jurisdiction (Doc. 13) is **GRANTED**; and

**ORDERED** that Petitioner Victorino Linares-Castro's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED AS MOOT**.

The Clerk of Court is directed to close this case.

Signed on May 7, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge

1 / 1